1 DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
2 JAIDEEP VENKATESAN, Bar No. 211386
jvenkatesan@be-law.com
3 KYUNG M. LEE, Bar No. 262128
klee@be-law.com
4 BERGESON, LLP
303 Almaden Boulevard, Suite 500
5 San Jose, CA 95110-2712
Telephone:  (408) 291-6200
6 Facsimile:  (408) 297-6000

7 ANDREWS KURTH LLP
Frederick S. Frei (Application *Pro Hac Vice* to be filed)
8 frederickfrei@andrewskurth.com
Leasa Woods Anderson (*Pro Hac Vice* pending)
9 leasaanderson@andrewskurth.com
1350 I Street NW, Suite 1100
10 Washington, DC  20005
Telephone:  (202) 662-2700
11 Facsimile:   (202) 662-2739

12 Attorneys for Plaintiff
SKYNET ELECTRONIC CO., LTD.
13

14
UNITED STATES DISTRICT COURT
15
NORTHERN DISTRICT OF CALIFORNIA
16
OAKLAND DIVISION
17

| 18 | SKYNET ELECTRONIC CO., LTD., a Taiwan Corporation, | Case No. CV12-06317 KAW |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ACCEPTANCE OF SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| 20 | v. | |
| 21 | FLEXTRONICS INTERNATIONAL, LTD., a Singapore Corporation, and POWER SYSTEMS TECHNOLOGIES LTD., a Mauritius Corporation, | |
| 22 | | |
| 23 | Defendants. | Judge:  Magistrate Kandis A. Westmore Courtroom 4, 3rd Floor |
| 24 | | |
| 25 | | Date Filed:  December 12, 2012 Trial Date:  none set |
| 26 | | |

27

28 STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT          CV12-06317 KAW

Pursuant to Civil Local Rules 6-2, 7-12, and related rules, Plaintiff Skynet Electronic Co. Ltd. ("Skynet") and Defendants Flextronics International, Ltd. ("Flextronics") and Power Systems Technologies Ltd. ("Power Systems") (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

1) Plaintiff Skynet filed an Amended Complaint on December 17, 2012. The Amended Complaint names Defendants Flextronics and Power Systems.

2) Defendants Flextronics and Power Systems, by and through their undersigned counsel, each acknowledge receipt of a copy of the Amended Complaint and hereby agree to accept service thereof. Defendants shall not contest the sufficiency of process or service of process under F.R.C.P. 12(b)(4) or (5). Notwithstanding such agreement, Plaintiff Skynet and Defendants further stipulate and agree that entry into this stipulation by the Defendants shall not constitute a waiver of any jurisdictional or other defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to the Defendants collectively or individually. Defendants expressly reserve their rights to raise any such defenses in response to either the current Amended Complaint or any amended pleading that may be filed relating to this action.

3) Inasmuch as the parties have agreed that an orderly schedule for any response to the Amended Complaint would be more efficient for the parties and for the Court, Defendants Flextronics and Power Systems shall, as permitted by Federal Rule of Civil Procedure 12, answer, move or otherwise plead in response to the Amended Complaint in the above-captioned action no later than January 31, 2013. The parties agree to confer before said date and to request the Court to enter an appropriate order if additional response time is needed.

4) This is the first time any of the parties have requested an extension of time in this action.

5) No case management deadlines will be affected by this stipulation.

STIPULATED TO AND APPROVED BY:

Dated: December 20, 2012                 Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jaideep Venkatesan
　　　　　　　　　　　　　　　　　　　　BERGESON, LLP
　　　　　　　　　　　　　　　　　　　　Daniel J. Bergeson
　　　　　　　　　　　　　　　　　　　　Jaideep Venkatesan
　　　　　　　　　　　　　　　　　　　　Kyung M. Lee
　　　　　　　　　　　　　　　　　　　　303 Almaden Blvd., Suite 500
　　　　　　　　　　　　　　　　　　　　San Jose, CA 95110-2712
　　　　　　　　　　　　　　　　　　　　Telephone:  (408) 291-6200
　　　　　　　　　　　　　　　　　　　　Facsimile:   (408) 297-6000

　　　　　　　　　　　　　　　　　　　　ANDREWS KURTH LLP
　　　　　　　　　　　　　　　　　　　　Frederick S. Frei
　　　　　　　　　　　　　　　　　　　　(Application *Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　　　　　frederickfrei@andrewskurth.com
　　　　　　　　　　　　　　　　　　　　Leasa Woods Anderson
　　　　　　　　　　　　　　　　　　　　(Application *Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　　　　　leasaanderson@andrewskurth.com
　　　　　　　　　　　　　　　　　　　　1350 I Street NW, Suite 1100
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 662-2700
　　　　　　　　　　　　　　　　　　　　Facsimile:   (202) 662-2739

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Skynet Electronic Co., Ltd.*

　　　　In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the signing of this document has been obtained from the signatory below.

Dated: December 20, 2012                 　/s/ Eric J. Gribbin
　　　　　　　　　　　　　　　　　　　　ULMER & BERNE, LLP
　　　　　　　　　　　　　　　　　　　　Eric J. Gribbin
　　　　　　　　　　　　　　　　　　　　500 W. Madison Street
　　　　　　　　　　　　　　　　　　　　Suite 3600
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60661-4587
　　　　　　　　　　　　　　　　　　　　CA Bar No. 205877
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 658-6546
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 658-6547
　　　　　　　　　　　　　　　　　　　　egribbin@ulmer.com

　　　　　　　　　　　　　　　　　　　　James L. Weinberg
　　　　　　　　　　　　　　　　　　　　(Application *Pro Hac Vice* to be filed)
　　　　　　　　　　　　　　　　　　　　Skylight Office Tower
　　　　　　　　　　　　　　　　　　　　1660 West 2nd Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44113

Telephone:  (216) 583-7076
Facsimile:  (216) 583-7077
*Attorney for Defendants*
*Flextronics International, Ltd., and*
*Power Systems Technologies Ltd.*

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Kandis A. Westmore
UNITED STATES MAGISTRATE
NORTHERN DISTRICT OF CALIFORNIA

- 3 -
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE AND
EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT            CV12-06317 KAW