IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD., | No. C 12-06317 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR STATUS REPORT** |
| FLEXTRONICS INTERNATIONAL, LTD., | |
| Defendant. | |

In the interest of judicial efficiency and to avoid unnecessary expenditure of effort, the Court would appreciate the parties confirming by **FEBRUARY 4 AT NOON** whether they intend to commence a review or reexamination proceeding at the USPTO regarding the '318 patent.

**IT IS SO ORDERED.**

Dated: January 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE