United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONICS CO. LTD.,

    Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL LTD, et al.,

    Defendants.

No. C 12-06317 WHA

**ORDER DENYING *PRO HAC VICE* APPLICATIONS**

    The *pro hac vice* applications of Attorneys Pribisich, Weinberg, and Anastos (Dkt. Nos. 22–24) are **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of Ohio" is insufficient under the civil local rules. While the application fees does not need to be paid again, the applications cannot be processed until corrected forms are submitted.

    **IT IS SO ORDERED.**

Dated: February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE