United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONICS CO. LTD.,

    Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL LTD, et al.,

    Defendants.
                              /

No. C 12-06317 WHA

**ORDER GRANTING PRO HAC VICE APPLICATIONS**

      The *pro hac vice* applications of Attorneys Pribisich, Weinberg, and Anastos (Dkt. Nos. 31–33) are **GRANTED** subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorneys must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the applications will constitute notice to the party.

      **IT IS SO ORDERED.**

Dated: February 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE