1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JAIDEEP VENKATESAN, Bar No. 211386
   Jvenkatesan@be-law.com
3  KYUNG M. LEE, Bar No. 262128
   klee@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  ANDREWS KURTH LLP
   Frederick S. Frei (Admitted *Pro Hac Vice*)
8  frederickfrei@andrewskurth.com
   Sean S. Wooden (Admitted *Pro Hac Vice*)
9  seanwooden@andrewskurth.com
   Leasa Woods Anderson (Admitted *Pro Hac Vice*)
10 leasaanderson@andrewskurth.com
   1350 I Street NW, Suite 1100
11 Washington, DC  20005
   Telephone:  (202) 662-2700
12 Facsimile:   (202) 662-2739

13 *Counsel for Plaintiff/Counter-Defendant*
   SKYNET ELECTRONIC CO., LTD.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                         SAN FRANCISCO DIVISION

18 | SKYNET ELECTRONIC CO., LTD., | Case No. CV12-06317 WHA

19 |             Plaintiff/Counter-Defendant, | **STIPULATED REQUEST AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLEADING AMENDMENTS**

20 |      v. |

21 | FLEXTRONICS INTERNATIONAL, LTD. and POWER SYSTEMS TECHNOLOGIES LTD., | Judge:  Honorable William H. Alsup
                                                                           Courtroom 8, 19th Floor
22 |
23 |            Defendants/Counter-Claimants. | Case Filed:  December 12, 2012
                                                Trial Date:  September 8, 2014

24

25

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER                          CV12-06317 WHA
EXTENDING TIME TO FILE PLEADING AMENDMENTS
WAS:197794.2

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Civil Local Rules 6-2, 7-12, and other applicable rules, Plaintiff Skynet Electronic Co., Ltd. ("Skynet"), and Defendants Flextronics International, Ltd. and Power Systems Technologies Ltd. (collectively, "Flextronics"), by and through their respective counsel of record, jointly request that the Court enter an order extending the deadline for the filing of requests for leave to file pleading amendments. Accordingly, the parties hereby stipulate as follows:

WHEREAS the Case Management Order [Dkt. No. 43] provides that "[l]eave to add any new parties or pleading amendments must be sought by June 28, 2013";

WHEREAS the parties are actively engaged in the discovery process;

WHEREAS the parties have met and conferred on several discovery issues, including the deadline for filing requests for leave to file pleading amendments;

WHEREAS Skynet diligently continues its investigation of potentially infringing products and continues to notify Flextronics of recently discovered infringing products;

WHEREAS Flextronics recently produced over 30,000 pages of documents that may contain additional information regarding potentially infringing products and Skynet is unable to review all of these documents prior to June 28, 2013;

WHEREAS the parties agree that a 60-day extension of the deadline for amending pleadings will aid the efficiency of this matter and allow for full and complete discovery regarding all of the allegedly infringing products;

IT IS HEREBY STIPULATED by and among the parties hereto, through their respective attorneys of record, that the above-referenced case management deadline be extended 60 days and that the deadline for filing requests for leave to file pleading amendments be modified to August 27, 2013.

<u>Prior Time Modifications</u>

The time for Flextronics to respond to Skynet's Amended Complaint was previously extended from January 7, 2013 to January 31, 2013. There have been no other extensions of time in this matter.

Effect of Requested Time Modification

The requested time modification will not change or extend any other deadlines in the Case Management Order.

Date: June 28, 2013                    Respectfully submitted,

                                              __/s/ Jaideep Venkatesan_____
BERGESON, LLP
Daniel J. Bergeson
Jaideep Venkatesan
Kyung M. Lee
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei (*pro hac vice*)
Sean S. Wooden (*pro hac vice*)
Leasa Woods Anderson (*pro hac vice*)
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

*Attorneys for Plaintiff/Counter-Defendant*
*SKYNET ELECTRONIC CO., LTD.*

Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date: June 28, 2013                    __/s/ Thomas L. Anastos_____
ULMER & BERNE, LLP
Eric J. Gribbin
500 W. Madison Street
Suite 3600
Chicago, IL 60661-4587
CA Bar No. 205877
Telephone: (312) 658-6546
Facsimile: (312) 658-6547
egribbin@ulmer.com

2

STIPULATED REQUEST AND [PROPOSED] ORDER                                              CV12-06317 WHA
EXTENDING TIME TO FILE PLEADING AMENDMENTS
WAS:197794.2

James L. Weinberg (*pro hac vice*)
Thomas L. Anastos (*pro hac vice*)
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Telephone: (216) 583-7076
Facsimile: (216) 583-7077

*Attorneys for Defendants/Counter-Claimants*
FLEXTRONICS INTERNATIONAL, LTD. and
POWER SYSTEMS TECHNOLOGIES LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  July 2      , 2013          _____
                                    The Honorable William Alsup
                                    United States District Judge

3

STIPULATED REQUEST AND [PROPOSED] ORDER                               CV12-06317 WHA
EXTENDING TIME TO FILE PLEADING AMENDMENTS
WAS:197794.2