1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JAIDEEP VENKATESAN, Bar No. 211386
   Jvenkatesan@be-law.com
3  KYUNG M. LEE, Bar No. 262128
   klee@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:  (408) 297-6000

7  ANDREWS KURTH LLP
   Frederick S. Frei (Admitted *Pro Hac Vice*)
8  frederickfrei@andrewskurth.com
   Sean S. Wooden (Admitted *Pro Hac Vice*)
9  seanwooden@andrewskurth.com
   Leasa Woods Anderson (Admitted *Pro Hac Vice*)
10 leasaanderson@andrewskurth.com
   1350 I Street NW, Suite 1100
11 Washington, DC  20005
   Telephone:  (202) 662-2700
12 Facsimile:  (202) 662-2739

13 *Counsel for Plaintiff/Counter-Defendant*
   SKYNET ELECTRONIC CO., LTD.

14

15            UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA

17            SAN FRANCISCO DIVISION

18 SKYNET ELECTRONIC CO., LTD.,            Case No. CV12-06317 WHA

19            Plaintiff/Counter-Defendant,  [~~PROPOSED~~] ORDER GRANTING
                                            **PLAINTIFF SKYNET ELECTRONIC**
20     v.                                   **CO., LTD.'S MOTION FOR LEAVE**
                                            **TO FILE SECOND AMENDED**
21 FLEXTRONICS INTERNATIONAL, LTD. and     **COMPLAINT**
   POWER SYSTEMS TECHNOLOGIES LTD.,
22                                          Hearing Date: August 22, 2013
            Defendants/Counter-Claimants.   Time:          8:00 a.m.
23                                          Judge:  Honorable William H. Alsup
                                            Courtroom 8, 19th Floor
24
                                            Case Filed:  December 12, 2012
25                                          Trial Date:  September 8, 2014

26

27

28

1      UPON DUE CONSIDERATION of Plaintiff Skynet Electronic Co., Ltd.'s Motion for

2   Leave to File Second Amended Complaint and for good cause shown, the Motion is hereby:

3      GRANTED; and it is hereby

4      ORDERED that the Clerk shall file the Second Amended Complaint attached to

5   Plaintiff's Motion as Exhibit A.

6
                                                    July 2
    Dated: _____, 2013        _____

7                                        The Honorable William Alsup
                                         United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28