John B. Sullivan (State Bar No. 96742)
jbs@severson.com
Harold R. Jones (State Bar No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
(additional counsel listed on signature page)

James L. Weinberg
(Admitted *Pro Hac Vice*)
jweinberg@ulmer.com
Thomas L. Anastos
(Admitted *Pro Hac Vice*)
tansastos@ulmer.com
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
Telephone:  (216) 583-7000
Facsimile:  (216) 583-7001

Attorneys for Defendants and Counter-Claimants
FLEXTRONICS INTERNATIONAL LTD. AND POWER SYSTEMS TECHNOLOGIES LTD.

DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
Jvenkatesan@be-law.com
KYUNG M. LEE, Bar No. 262128
klee@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:  (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei (*Pro Hac Vice*)
frederickfrei@andrewskurth.com
Sean S. Wooden (*Pro Hac Vice*)
seanwooden@andrewskurth.com
Leasa Woods Anderson (*Pro Hac Vice*)
leasaanderson@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 662-2700
Facsimile:   (202) 662-2739

Counsel for Plaintiff/Counter-Defendant
SKYNET ELECTRONIC CO., LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYNET ELECTRONIC CO. LTD.,<br><br>      Plaintiff,<br><br>   v.<br><br>FLEXTRONICS  INTERNATIONAL  LTD. *et al*.<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV12-06317 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Judge:  William A. Alsup<br>Courtroom 8, 19th Floor<br><br>Case Filed:  December 12, 2012<br>Trial Date:  September 8, 2014 |

Pursuant to Civil Local Rules 6-2, 7-12, and related rules, Plaintiff Skynet Electronic Co., Ltd. ("Skynet") and Defendants Flextronics International, Ltd. ("Flextronics") and Power Systems Technologies Ltd. ("Power Systems") (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

1.     Plaintiff Skynet filed its Second Amended Complaint on July 3, 2013.   The Second Amended Complaint names Defendants Flextronics and Power Systems.

2.     Inasmuch as the parties have agreed that an orderly schedule for any response to the Second Amended Complaint would be efficient for the parties and for the Court, Defendants Flextronics and Power Systems shall, as permitted by Federal Rule of Civil Procedure 12, answer, move or otherwise plead in response to the Second Amended complaint in the above-captioned action no later than July 31, 2013.  The parties agree to confer before said date and to request the Court to enter an appropriate order if additional response time is needed.

3.     Plaintiff Skynet and Defendants further stipulate and agree that entry into this stipulation by the Defendants shall not constitute a waiver of any jurisdictional or other defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, a waiver of any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, or a waiver of any other statutory or common law defenses that may be available to the Defendants collectively or individually.  Defendants expressly reserve their rights to raise any such defenses in response to either the current Second Amended Complaint or any amended pleading that may be filed relating to this action.

4.     The time for Flextronics to respond to Skynet's Amended Complaint was previously extended from January 7, 2013 to January 31, 2013.  The deadline for filing requests for leave to file pleading amendments was previously modified from June 28, 2013 to August 27, 2013.  There have been no other extensions of time in this matter.

5.     No case management deadlines will be affected by this stipulation.

X

1  STIPULATED TO AND APPROVED BY:

2  DATED: July 10, 2013                    /s/ *Harold R. Jones*
                                           John B. Sullivan (CSB No. 96742)
3                                          Harold R. Jones (CSB No. 209266)

4                                          Eric J. Gribbin (CSB No. 205877)
                                           egribbin@ulmer.com
5                                          ULMER & BERNE LLP
                                           500 W. Madison Street, Suite 3600
6                                          Chicago, IL 60661-4587
                                           Telephone: (312) 658-6546
7                                          Facsimile: (312) 658-6547

8                                          James L. Weinberg
                                           (Admitted *Pro Hac Vice*)
9                                          jweinberg@ulmer.com
                                           Thomas L. Anastos
10                                         (Admitted *Pro Hac Vice*)
                                           tanastos@ulmer.com
11                                         ULMER & BERNE LLP
                                           1660 West 2nd Street, Suite 1100
12                                         Cleveland, Ohio 44113-1448
                                           Telephone: (216) 583-7000
13                                         Facsimile: (216) 583-7001

14                                         *Attorneys for Defendants and Counter-*
                                           *Claimants Flextronics International, Ltd. and*
15                                         *Power Systems Technologies, Ltd.*

16

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the signing of this document has been obtained from the signatory below.

DATED:  July 10, 2013

/s/ *Jaideep Venkatesan*
BERGESON, LLP
Daniel J. Bergeson
Jaideep Venkatesan
Kyung M. Lee
303 Almaden Blvd., Suite 500
San Jose, CA  95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei
(Admitted *Pro Hac Vice*)
frederickfrei@andrewskurth.com
Leasa Woods Anderson
(Admitted *Pro Hac Vice*)
leasaanderson@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC  20005
Telephone:  (202) 662-2700
Facsimile:  (202) 662-2739

*Attorneys for Plaintiff*
*Skynet Electronic Co., Ltd.*

IT IS SO ORDERED

Dated:  July 10, 2013

_____
William Alsup
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR AN
EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT                    CASE NO. C12-06317 WHA