| | |
|---|---|
| John B. Sullivan (CSB No. 96742) | James L. Weinberg |
| jbs@severson.com | (Admitted *Pro Hac Vice*) |
| Harold R. Jones (CSB No. 209266) | jweinberg@ulmer.com |
| hrj@severson.com | Thomas L. Anastos |
| SEVERSON & WERSON | (Admitted *Pro Hac Vice*) |
| A Professional Corporation | tanastos@ulmer.com |
| One Embarcadero Center, Suite 2600 | ULMER & BERNE LLP |
| San Francisco, California 94111 | 1660 West 2nd Street, Suite 1100 |
| Telephone: (415) 398-3344 | Cleveland, Ohio  44113-1448 |
| Facsimile: (415) 956-0439 | Telephone:  (216) 583-7000 |
| (additional counsel listed on signature page) | Facsimile:  (216) 583-7001 |

Attorneys for Defendants and Counter-Claimants
FLEXTRONICS INTERNATIONAL LTD. AND POWER SYSTEMS TECHNOLOGIES LTD.

| | |
|---|---|
| DANIEL J. BERGESON, Bar No. 105439 | ANDREWS KURTH LLP |
| dbergeson@be-law.com | Frederick S. Frei (*Pro Hac Vice*) |
| JAIDEEP VENKATESAN, Bar No. 211386 | frederickfrei@andrewskurth.com |
| Jvenkatesan@be-law.com | Sean S. Wooden (*Pro Hac Vice*) |
| KYUNG M. LEE, Bar No. 262128 | seanwooden@andrewskurth.com |
| klee@be-law.com | Leasa Woods Anderson (*Pro Hac Vice*) |
| BERGESON, LLP | leasaanderson@andrewskurth.com |
| 303 Almaden Boulevard, Suite 500 | 1350 I Street NW, Suite 1100 |
| San Jose, CA 95110-2712 | Washington, DC  20005 |
| Telephone:  (408) 291-6200 | Telephone:  (202) 662-2700 |
| Facsimile:  (408) 297-6000 | Facsimile:  (202) 662-2739 |

Counsel for Plaintiff/Counter-Defendant
SKYNET ELECTRONIC CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

| | |
|---|---|
| SKYNET ELECTRONIC CO. LTD., | Case No. CV12-06317 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE** |
| v. | |
| FLEXTRONICS INTERNATIONAL LTD. *et al*. | Judge:  William A. Alsup |
| Defendants. | Courtroom 8, 19th Floor |
| AND RELATED COUNTERCLAIMS | Case Filed:  December 12, 2012 |
| | Trial Date:  September 8, 2014 |

Pursuant to Civil Local Rules 6-2, 7-12, and related rules, Plaintiff Skynet Electronic Co., Ltd. ("Skynet") and Defendants Flextronics International, Ltd. ("Flextronics") and Power Systems Technologies Ltd. ("Power Systems") (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

1. Plaintiff Skynet filed this case on December 12, 2012. In its original Complaint, Skynet alleged that Defendants are infringing Skynet's U.S. Patent 6,950,318 by manufacturing and selling three accused charger/adapters for handheld personal devices. Defendants deny that any of the charger/adapters infringe the '318 patent and otherwise contend that the '318 patent is invalid.

2. The initial case management conference in this case was held on March 7, 2013. On that same date, the Court issued its Case Management Order and Reference to Magistrate Judge for Mediation/Settlement. Among other things, in that Order the Court referred the case to Magistrate Judge Donna M. Ryu for a settlement conference and established September 3, 2013 as the deadline within which the settlement conference had to take place.

3. Magistrate Judge Ryu subsequently ordered that the settlement conference take place on August 9, 2013.

4. Since the case management conference, the parties have diligently pursued written discovery with respect to, among other things, the three accused products. Various technical issues have hampered the pace both of the parties' document productions and their review of the documents, however, including the fact that a substantial amount of the documents are in Chinese.

5. With leave of Court, Skynet filed its Second Amended Complaint on July 3, 2013. In its Second Amended Complaint, Skynet alleges that six more chargers/adapters manufactured and sold by Defendants infringe the '318 patent (the "newly accused products.")

6. Discovery regarding the newly accused products is currently underway. In addition, Skynet is obligated to provide Defendants with infringement contentions regarding the newly accused products.

STIPULATION AND [PROPOSED] ORDER FOR AN
EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE

CASE NO. C12-06317 WHA

7. The parties' Settlement Conference Statements and Confidential Settlement Letters currently are due on July 30, 2013. For the reasons stated above, however, including the need to translate documents and to exchange information regarding the newly accused products, the parties are in need of additional time to properly evaluate their settlement positions.

8. Accordingly, the parties request that the deadline for the Settlement Conference be extended from September 3, 2013 to October 31, 2013.

9. The time for Defendants to respond to Skynet's Second Amended Complaint was previously extended from to July 17, 2013 to July 31, 2013. The time for Defendants to respond to Skynet's Amended Complaint was previously extended from January 7, 2013 to January 31, 2013. The deadline for filing requests for leave to file pleading amendments was previously modified from June 28, 2013 to August 27, 2013. There have been no other extensions of time in this matter.

10. No case management deadlines will be affected by this stipulation.

X

STIPULATED TO AND APPROVED BY:

DATED: July ___, 2013

/s/ *Harold R. Jones*
John B. Sullivan (CSB No. 96742)
Harold R. Jones (CSB No. 209266)

Eric J. Gribbin (CSB No. 205877)
egribbin@ulmer.com
ULMER & BERNE LLP
500 W. Madison Street, Suite 3600
Chicago, IL 60661-4587
Telephone: (312) 658-6546
Facsimile: (312) 658-6547

James L. Weinberg
(Admitted *Pro Hac Vice*)
jweinberg@ulmer.com
Thomas L. Anastos
(Admitted *Pro Hac Vice*)
tanastos@ulmer.com
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100

Cleveland, Ohio 44113-1448
Telephone: (216) 583-7000
Facsimile: (216) 583-7001

*Attorneys for Defendants and Counter-Claimants Flextronics International, Ltd. and Power Systems Technologies, Ltd.*

4

STIPULATION AND [PROPOSED] ORDER FOR AN
EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE

CASE NO. C12-06317 WHA

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the signing of this document has been obtained from the signatory below.

DATED: July ___, 2013

/s/ *Jaideep Venkatesan*
BERGESON, LLP
Daniel J. Bergeson
Jaideep Venkatesan
Kyung M. Lee
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei
(Admitted *Pro Hac Vice*)
frederickfrei@andrewskurth.com
Leasa Woods Anderson
(Admitted *Pro Hac Vice*)
leasaanderson@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

*Attorneys for Plaintiff*
*Skynet Electronic Co., Ltd.*

The deadline for the parties' settlement conference is **EXTENDED** until October 31, 2013. This order has no effect on any hearings or deadlines previously scheduled by Magistrate Judge Ryu.

IT IS SO ORDERED

Dated: July 22, 2013

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

STIPULATION AND [~~PROPOSED~~] ORDER FOR AN
EXTENSION OF THE SETTLEMENT CONFERENCE DEADLINE

CASE NO. C12-06317 WHA