1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>FLEXTRONICS INTERNATIONAL, LTD.,<br><br>    Defendant. | Case No. 3:12-cv-06317-WHA<br><br>**[PROPOSED]** ORDER GRANTING MOTION FOR WITHDRAWAL OF RISTO PRIBISICH AS ATTORNEY FOR DEFENDANTS<br><br>Judge:  William A. Alsup<br>Courtroom 8, 19th Floor |
| FLEXTRONICS INTERNATIONAL LTD. and POWER SYSTEMS TECHNOLOGIES LTD.,<br><br>    Counter-Claimants,<br><br>    vs.<br><br>SKYNET ELECTRONICS CO. LTD.,<br><br>    Counter-Defendant. | Case filed:  December 12, 2012<br>Trial Date:  September 8, 2014 |

1  The motion of Defendants Flextronics International, Ltd. and Power Systems Technologies
2  Ltd. ("Defendants") to withdraw the appearance of Risto Pribisich, formerly of the law firm of
3  Ulmer & Berne LLP, as one of the attorneys of record for Defendants is granted.  As of the date of
4  entry of this Order, Risto Pribisich is relieved as counsel of record for Defendants.
5  IT IS SO ORDERED.

7  DATED:  July 22, 2013

   William Alsup
   United States District Judge

12334.0002/2800333.1                     1                            3:12-cv-06317-WHA
                                          [PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL
                                          OF RISTO PRIBISICH AS ATTORNEY FOR DEFENDANTS