IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONIC CO., LTD.,

    Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL, LTD., et al.,

    Defendants.

No. C 12-06317 WHA

**ORDER CHANGING HEARING DATE AND DENYING REQUEST TO ENLARGE TIME**

    The parties are advised that settlement conferences do not create good cause to enlarge briefing schedules or modify existing hearing dates. The stipulated request to enlarge time on the pending motion for partial summary judgment (Dkt. No 71) is accordingly **DENIED**. In the interest of judicial efficiency, however, the pending motions for leave to file a third amended complaint and the motion for summary judgment (Dkt. Nos. 67, 70) will both be heard on the same date: **OCTOBER 31 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: October 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE