IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONIC CO., LTD.,

    Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL, LTD., et al.,

    Defendants.

No. C 12-06317 WHA

**ORDER DENYING REQUEST FOR RECONSIDERATION**

This order construes plaintiff's "Emergency Ex Parte Application" to enlarge time as a motion for reconsideration of the October 1 order denying the parties' stipulation to enlarge the briefing schedule on defendants' motion for partial summary judgment (Dkt. Nos. 71–73). Aside from being procedurally deficient under Local Rule 7-9, the motion does not set out any facts constituting emergency circumstances. The "extensive preparation and travel" required for a settlement conference do not justify changing regularly-noticed briefing schedules, and counsel's failure to effectively balance settlement conference preparation and drafting its summary judgment opposition do not create an cognizable "emergency." The motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 2, 2013.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE