IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONIC CO. LTD.,

    Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL LTD., et al.,

    Defendants.

No. C 12-06317 WHA

**ORDER RE DISCOVERY DISPUTE**

Upon review of defendants' discovery letter brief (Dkt. No. 81), it is clear that the privilege issues therein require the benefit of a sworn record. The discovery motion is **TERMINATED**. The accompanying motion to seal is **DENIED AS MOOT**. Defendants are hereby granted leave to refile the discovery letter as a formal motion on a normal, 35-day track.

**IT IS SO ORDERED.**

Dated: October 21, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE