Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD.,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>FLEXTRONICS INTERNATIONAL,<br><br>　　　　　　　　Defendant(s). | Case No: CV12-06317<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Aldo Noto, an active member in good standing of the bar of Dist. Court for District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SKYNET ELECTRONIC CO., LTD. in the above-entitled action. My local co-counsel in this case is Jaideep Venkatesan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Andrews Kurth LLP, 1350 I Street, NW Suite 1100, Washington, DC 20005 | Bergeson, LLP, 303 Almaden Blvd., Suite 500, San Jose, CA 95110 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-2700 | (408) 291-6200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aldonoto@andrewskurth.com | jvenkatesan@be-law.com |

　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 429410.

　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/28/13　　　　　　　　　　　　　　　　　　　Aldo Noto
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　IT IS HEREBY ORDERED THAT the application of Aldo Noto is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 29, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　William Alsup
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

PRO HAC VICE APPLICATION & ORDER