IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONICS CO., LTD.,

    Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL LTD. and POWER SYSTEMS TECHNOLOGIES LTD.,

    Defendants.

No. C 12-06317 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY DOUGLAS J. GORDON**

The *pro hac vice* application of Attorney Douglas J. Gordon (Dkt. No. 88) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the highest court of the State of Ohio" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Ohio). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: December 2, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE