John B. Sullivan (CSB No. 96742)
jbs@severson.com
Harold R. Jones (CSB No. 209266)
hrj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

James L. Weinberg
(Admitted *Pro Hac Vice*)
jweinberg@ulmer.com
Thomas L. Anastos
(Admitted *Pro Hac Vice*)
tanastos@ulmer.com
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio  44113-1448
Telephone:  (216) 583-7000
Facsimile:  (216) 583-7001
(additional counsel listed on signature page)

Attorneys for Defendants and Counter-Claimants
FLEXTRONICS INTERNATIONAL LTD. AND
POWER SYSTEMS TECHNOLOGIES LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYNET ELECTRONIC CO. LTD., | Case No. CV12-06317 WHA |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL |
| FLEXTRONICS INTERNATIONAL LTD. *et al*. | |
| Defendants. | Case Filed: December 12, 2012<br>Trial Date:  September 8, 2014 |
| AND RELATED COUNTERCLAIMS | |

12334.0002/2910944.1 [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL –  Case No. CV12-06317 WHA

1    Defendants and Counterclaimants Flextronics International Ltd. ("Flextronics") and Power
2 Systems Technologies Ltd.'s ("Power Systems") (collectively "Flextronics") Administrative
3 Motion to File Document Under Seal came before this Court, the Honorable William Alsup
4 presiding.
5    The Court, having considered the Motion, with good cause appearing, rules that the
6 Motion is well-taken, and that Flextronics may file the document (SKY003200-003203) under
7 seal.

9 DATED: ___December 2,___, 2013

10         THE HONORABLE WILLIAM ALSUP
           UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge William Alsup*

12334.0002/2910944.1 [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENT UNDER SEAL – Case No. CV12-06317 WHA