IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONIC CO., LTD.,

    Plaintiff,

v.

FLEXTRONICS INTERNATIONAL, LTD., and POWER SYSTEMS TECHNOLOGIES, LTD.,

    Defendants.

No. C 12-06317 WHA

**ORDER RE DISCOVERY DISPUTE**

It is hereby ordered that plaintiff and defendants each file under seal a certified translation of the email chain referenced in Dkt. No. 82, Ex. 4 by **FRIDAY DECEMBER 13 AT NOON**. This request is **NOT** for the memorandum referenced in the email chain.

**IT IS SO ORDERED.**

Dated: December 9, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE