IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONIC CO., LTD.,

    Plaintiff,

v.

FLEXTRONICS INTERNATIONAL, LTD., and POWER SYSTEMS TECHNOLOGIES, LTD.,

    Defendants.

No. C 12-06317 WHA

**ORDER SETTING DISCOVERY HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

    The Court **SETS** a three-hour meet-and-confer starting **AT 7:30 A.M. AND CONTINUING TO 10:30 A.M. ON THURSDAY, DECEMBER 26, 2013**, in the Court's jury room located in the San Francisco courthouse concerning plaintiff's discovery dispute. At **10:30 A.M.**, the Court shall hold a hearing to resolve any remaining issue(s). Defendant's response is due by noon on December 24. Please buzz chambers on December 26 at 7:30 a.m. to be let into the Court's jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: December 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE