DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
Jvenkatesan@be-law.com
KYUNG M. LEE, Bar No. 262128
klee@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei (Admitted *Pro Hac Vice*)
frederickfrei@andrewskurth.com
Sean S. Wooden (Admitted *Pro Hac Vice*)
seanwooden@andrewskurth.com
Robert A. Gutkin, Bar No. 119781
robertgutkin@andrewskurth.com
Leasa Woods Anderson (Admitted *Pro Hac Vice*)
leasaanderson@andrewskurth.com
Aldo Noto (Admitted *Pro Hac Vice*)
aldonoto@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

*Counsel for Plaintiff/Counter-Defendant*
SKYNET ELECTRONIC CO., LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> FLEXTRONICS INTERNATIONAL, LTD. and POWER SYSTEMS TECHNOLOGIES LTD., <br><br> Defendants/Counter-Claimants. | Case No. CV-12-6317-WHA <br><br> **STIPULATED DISCOVERY ORDER** |

It is hereby Ordered:

1. With respect to Skynet interrogatory 20(c), but limited only to chargers, by January 8, 2014, Flextronics shall advise as to the number of chargers it has manufactured that have two switches on the primary side of the transformer in the flyback circuit and, shall provide the model numbers of any such chargers and identify those chargers that have been sold since the filing of the Complaint. Flextronics shall produce by January 17, 2014 circuit diagrams for (a) all such chargers sold or shipped since June 1, 2012 or later and (b) all such chargers manufactured since the filing date of the '318 patent that perform a zero voltage switch.

2. Flextronics will advise Skynet by January 8, 2014 as to the existence of contracts, statements of works, specifications, and/or scopes of work with Apple, Foxconn and Amazon, other than agreements produced prior to the date of this Order (such as the agreement at Bates numbers FLEX0036890-FLEX0036927), related to the accused products and, if there are any, produce them by January 17, 2014. Throughout this Order, "accused products" shall mean the accused products listed in the most recent amended version of the Complaint, components and circuitry thereof, and all such chargers identified in 1(b) of this Order, if any.

3. Flextronics shall advise Skynet by January 8, 2014 as to the availability of purchase orders, invoices, bills of sale, shipping information, bills of lading and forecasts relating to the accused Apple and Amazon chargers, including chargers shipped to Ensky and the parallel shipping entity for Amazon chargers, and shall produce, by January 17, 2014: (a) all such documents dated September 1, 2012 or later and (b) all such documents on a once per month basis from the beginning of life of such accused products until September 1, 2012.

4. Flextronics shall search for confidentiality or non-disclosure agreements with third parties involved in the development of the circuitry and/or production of component parts of the circuitry of the accused products and, by January 10, 2014, advise Skynet as to the existence of any such agreements and, if they exist, produced them by January 17, 2014.

5. Flextronics shall collect the emails of Bahman Sharifipour, Mark Telefus, Rowell Gapuz, and Subash Bagga. Flextronics shall produce all relevant emails relating to the accused products from Sharifipour and Bagga by January 8, 2014. Flextronics will also search for electronic and other documents relating to the accused products from these custodians and produce those documents and any remaining emails relating to the accused products, including all relevant emails from Telefus and Gapuz, by January 17, 2014.

6. Flextronics shall collect responsive emails and other responsive documents, electronic or otherwise, of Ted Jackson and Bill Leunis relating to the accused products and complete its investigation of the possibility of obtaining Arian Jansen's emails and Arian Jensen's electronic and hardcopy documents. Flextronics shall produce all such documents by January 17, 2014.

7. By January 8, 2014, Flextronics shall provide a description of the position of the following individuals and their involvement if any in either the design/development of the circuitry or negotiations/sales of the accused products: Hong Wei Du, Michael Chen, Manny Marimuthu, Mark Medlen, Norman Hsu, Laura Wen, Kindson Tang, Christian Taoatao, Linling Zhang, Bin Li Tommy, Cherub Wang, Victor Gan, Pansy Chen, Lily Jiang, Sunny Sheng, Martin Kon, and Ty Lai. Flextronics will produce responsive emails and other documents from relevant individuals that are (a) related to the design or development of the circuitry of the accused products, (b) related to negotiations involving or sales of the accused products, or (c) specific meetings, events, documents or communications identified by Skynet by January 17, 2014.

8. Flextronics shall advise Skynet by January 8, 2014 as to the availability of solicitations, RFQs and RFPs (whether formal or informal), responses to solicitations such as RFQs and RFPs (whether formal or informal), and communications prior and related to contracts entered with and from Apple and Amazon relating to the accused Apple and Amazon chargers and produce these documents by January 17, 2014.

9. Flextronics shall follow-up on its searches for relevant organizational charts and produce any such charts by January 10, 2014. In a letter, Skynet shall provide Flextronics a

1  detailed request for a description of Flextronics' entities, their relationship to the parties, and a description of which entities were and/or are involved in the development, design, sale, marketing, distribution, delivery and production of the accused products by January 2, 2014. This request shall not count as one of Skynet's interrogatories. Flextronics shall respond to the detailed request with a complete answer by January 13, 2014 and will swear to and verify this response by January 30, 2014.

10. Flextronics shall provide the following information and documents by the dates indicated:

- whether Flextronics is shipping cables to Foxconn along with the accused Apple and/or Amazon chargers - by January 17, 2014; if shipping cables to Foxconn along with the charges, Flextronics will produce documents relevant to such cables, including documents showing the costs of such cables, quantity purchased and sold, and the amount paid to Flextronics for such cables by January 24, 2014;
- the existence of any licensing in or out of relevant technology - by January 17, 2014; if any such licensed technology exists, Flextronics shall produce all relevant licenses and related communications by January 24, 2014;
- Documents related to the conception and patenting of the invention described in Flextronics' U.S. Patent No. 7,924,578 and/or U.S. Provisional Patent Application Serial No. 60/773,765 by January 17, 2014.
- any requests for UL approval for the accused products, including all documents submitted therewith shall be produced by January 17, 2014;
- communications with Lab126, FoxConn, and Ensky relating to the accused Apple and Amazon chargers shall be produced by Flextronics by January 24, 2014 and relating to all other accused products shall be produced by Flextronics by January 31, 2014; and
- all agreements with Ensky relating to the accused Apple and Amazon chargers shall be produced by Flextronics by January 17, 2014.

11. Flextronics shall produce all additional prior art in support of its invalidity contentions by January 17, 2014.

12. By January 8, 2014 Flextronics shall investigate and communicate to Skynet the existence of a custom made Flex01 chip by ST Micro and the availability such items as specifications, purchase orders, and correspondence concerning the design of any such chip. Flextronics shall produce such documents by January 17, 2014.

13. Flextronics shall inquire as to relevant information regarding the Kodak, Palm, and HP chargers, including schematics, specifications, and sales data. Flextronics shall update Skynet regarding this inquiry by January 10, 2014. Flextronics shall produce such documents by January 17, 2014.

14. Flextronics shall provide a complete answer, by January 17, 2014, that of the accused products, only those provided to Amazon and Apple have had sales of more than 20,000 units. Such answer shall identify the person most knowledgeable of these facts and declaration from that person that these facts are true to the best of that person's knowledge.

15. Flextronics shall supplement the sales data (including number of units sold, cost per unit and amount received per unit) for the accused Apple charger to the present, including sales to Ensky, by January 17, 2014, and update the sales information one week prior to the close of fact discovery.

16. Flextronics and Skynet have stipulated to their discovery agreement of December 26, 2013 being entered as an order by the Court.

17. Flextronics agrees not to oppose a one (1) month extension of Skynet's discovery cut-off if requested by Skynet.

///
///
///
///
///

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  Date:  January 7, 2014                         Respectfully submitted,

4                                                   /s/ Jaideep Venkatesan
                                                  BERGESON, LLP
5                                                 Daniel J. Bergeson
                                                  Jaideep Venkatesan
6                                                 Kyung M. Lee
                                                  303 Almaden Blvd., Suite 500
7                                                 San Jose, CA 95110-2712
                                                  Telephone: (408) 291-6200
8                                                 Facsimile: (408) 297-6000

9
                                                  ANDREWS KURTH LLP
10                                                Frederick S. Frei (*pro hac vice*)
                                                  Sean S. Wooden (*pro hac vice*)
11                                                Leasa Woods Anderson (*pro hac vice*)
                                                  Aldo Noto (*pro hac vice*)
12                                                1350 I Street NW, Suite 1100
                                                  Washington, DC 20005
13                                                Telephone: (202) 662-2700
                                                  Facsimile: (202) 662-2739
14

15                                                *Attorneys for Plaintiff/Counter-Defendant*
                                                  SKYNET ELECTRONIC CO., LTD.
16

17       Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this
   document has been obtained from the signatory below.
18

19 Date:  January 7, 2014                           /s/ Thomas L. Anastos
                                                  ULMER & BERNE, LLP
20                                                Eric J. Gribbin
                                                  500 W. Madison Street
21                                                Suite 3600
                                                  Chicago, IL 60661-4587
22                                                CA Bar No. 205877
                                                  Telephone: (312) 658-6546
23                                                Facsimile: (312) 658-6547
                                                  egribbin@ulmer.com
24

25                                                James L. Weinberg (*pro hac vice*)
                                                  Thomas L. Anastos (*pro hac vice*)
26                                                Skylight Office Tower
                                                  1660 West 2nd Street, Suite 1100
27                                                Cleveland, OH 44113
                                                  Telephone: (216) 583-7076
28                                                Facsimile: (216) 583-7077

*Attorneys for Defendants/Counter-Claimants*
FLEXTRONICS INTERNATIONAL, LTD. and
POWER SYSTEMS TECHNOLOGIES LTD.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____January 8_____, 2014

APPROVED
Judge William Alsup