1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  JAIDEEP VENKATESAN, Bar No. 211386
   Jvenkatesan@be-law.com
3  KYUNG M. LEE, Bar No. 262128
   klee@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone: (408) 291-6200
6  Facsimile: (408) 297-6000

7  ANDREWS KURTH LLP
   Frederick S. Frei (Admitted *Pro Hac Vice*)
8  frederickfrei@andrewskurth.com
   Sean S. Wooden (Admitted *Pro Hac Vice*)
9  seanwooden@andrewskurth.com
   Robert A. Gutkin, Bar No. 119781
10 robertgutkin@andrewskurth.com
   Leasa Woods Anderson (Admitted *Pro Hac Vice*)
11 leasaanderson@andrewskurth.com
   Aldo Noto (Admitted *Pro Hac Vice*)
12 aldonoto@andrewskurth.com
   1350 I Street NW, Suite 1100
13 Washington, DC 20005
   Telephone: (202) 662-2700
14 Facsimile: (202) 662-2739

15 *Counsel for Plaintiff/Counter-Defendant*
   SKYNET ELECTRONIC CO., LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD.,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>FLEXTRONICS INTERNATIONAL, LTD. and POWER SYSTEMS TECHNOLOGIES LTD.,<br><br>        Defendants/Counter-Claimants. | Case No. CV-12-6317-WHA<br><br>**STIPULATED AND** [PROPOSED]<br>**ORDER** |

1   WHEREAS Plaintiff Skynet, Inc. ("Skynet") and defendants Flextronics International, Ltd. and Power Systems Technologies Ltd. (together for purposes of this Stipulation, "Flextronics") have met and conferred in good faith to resolve issues relevant to the present case;

NOW THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested that the Court order as follows:

1. Flextronics stipulates that they have not withheld and will not withhold from production any documents or information on the ground that they are in the possession, custody, or control of, were generated by, or involved in any way, any entity not named as a defendant in this action that is directly or indirectly owned or controlled by Flextronics (including all subsidiaries and affiliates) ("Flextronics Non-Party Entity").

2. Flextronics stipulates that they will not contend that any Flextronics Non-Party Entity is or should be a real party in interest or is an indispensable party or is liable for the patent infringement alleged in this action.

3. For purposes of this litigation only and for no other purpose, Flextronics stipulates that all sales and offers for sale of chargers that are accused products in this action were sales and offers for sale in the United States and are subject to the patent laws of the United States if and only if those chargers were or are actually imported into the United States (the "Accused U.S. Chargers").

4. Skynet Electronic Co., Ltd. ("Skynet"), stipulates that its damages in this action, if any, are limited to damages for the Accused U.S. Chargers and that it will not (a) file or pursue an action against any person or entity not currently a party to this action in which other action Skynet seeks damages or any other relief for any Accused U.S. Chargers for which it has collected a royalty or other damages from Flextronics as a result of this action or (b) maintain such other action if already brought.

5. This stipulation is not an admission by Flextronics that any claim of U.S. Patent Number 6,950,318 ("Patent in Suit") is valid, that the certificate of correction of the Patent in Suit

1  is valid or that the Accused U.S. Chargers meet all claim limitations of any claim of the
2  Patent in Suit.
3  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  Date: February __, 2014                Respectfully submitted,

                                          BERGESON, LLP
                                          Daniel J. Bergeson
                                          Jaideep Venkatesan
                                          Kyung M. Lee
                                          303 Almaden Blvd., Suite 500
                                          San Jose, CA 95110-2712
                                          Telephone: (408) 291-6200
                                          Facsimile: (408) 297-6000

                                          ANDREWS KURTH LLP
                                          Frederick S. Frei (*pro hac vice*)
                                          Sean S. Wooden (*pro hac vice*)
                                          Robert A. Gutkin
                                          Leasa Woods Anderson (*pro hac vice*)
                                          Aldo Noto (*pro hac vice*)
                                          1350 I Street NW, Suite 1100
                                          Washington, DC 20005
                                          Telephone: (202) 662-2700
                                          Facsimile: (202) 662-2739

                                          *Attorneys for Plaintiff/Counter-Defendant*
                                          SKYNET ELECTRONIC CO., LTD.

     Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this
document has been obtained from the signatory below.

Date: February __, 2014

                                          ULMER & BERNE, LLP
                                          James L. Weinberg (*pro hac vice*)
                                          Thomas L. Anastos (*pro hac vice*)
                                          Skylight Office Tower
                                          1660 West 2nd Street, Suite 1100
                                          Cleveland, OH 44113
                                          Telephone: (216) 583-7076
                                          Facsimile: (216) 583-7077

                                          *Attorneys for Defendants/Counter-Claimants*
                                          FLEXTRONICS INTERNATIONAL, LTD. and
                                          POWER SYSTEMS TECHNOLOGIES LTD.

3

Stipulated and [Proposed] Order                                              CV12-06317 WHA
WAS:207292.4

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 24, 2014

_____
The Honorable William Alsup
United States District Judge