IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SKYNET ELECTRONIC CO., LTD., | | No. C 12-06317 WHA |
| Plaintiff, | | |
| v. | | |
| FLEXTRONICS INTERNATIONAL, LTD., and POWER SYSTEMS TECHNOLOGIES, LTD., | | **ORDER REFERRING ALL DISCOVERY DISPUTES TO A RANDOMLY-ASSIGNED MAGISTRATE JUDGE** |
| Defendants. / | | |

In light of the multitude of discovery disputes in this action, all discovery disputes, including the disputes not ruled upon at the discovery hearing held on March 12 before Judge Alsup, are hereby **REFERRED TO A MAGISTRATE JUDGE** to be randomly-assigned. The rulings made by Judge Alsup at the hearing on March 12, of course, remain in place.

By **5:00 P.M. ON MARCH 17**, the parties shall jointly file a proposed order memorializing the rulings by Judge Alsup on March 12. All existing deadlines remain in place (Dkt. No. 43). The Magistrate Judge may recommend to Judge Alsup whether non-expert discovery should be extended and if so, for which parties.

We believe one side or the other left a cell-phone charger in the jury room. Please call Dawn Toland at (415) 522-2020.

**IT IS SO ORDERED.**

Dated: March 12, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE