DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
JAIDEEP VENKATESAN, Bar No. 211386
Jvenkatesan@be-law.com
KYUNG M. LEE, Bar No. 262128
klee@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei (Admitted *Pro Hac Vice*)
frederickfrei@andrewskurth.com
Sean S. Wooden (Admitted *Pro Hac Vice*)
seanwooden@andrewskurth.com
Robert A. Gutkin, Bar No. 119781
robertgutkin@andrewskurth.com
Leasa Woods Anderson (Admitted *Pro Hac Vice*)
leasaanderson@andrewskurth.com
Aldo Noto (Admitted *Pro Hac Vice*)
aldonoto@andrewskurth.com
1350 I Street NW, Suite 1100
Washington, DC 20005
Telephone: (202) 662-2700
Facsimile: (202) 662-2739

*Counsel for Plaintiff/Counter-Defendant*
SKYNET ELECTRONIC CO., LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD.,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>FLEXTRONICS INTERNATIONAL, LTD. and POWER SYSTEMS TECHNOLOGIES LTD.,<br><br>Defendants/Counter-Claimants. | Case No. CV-12-06317-WHA<br><br>[PROPOSED] **ORDER MEMORIALIZING COURT RULINGS OF MARCH 12, 2014** |

|   |   |
|---|---|
| 1 | WHEREAS Plaintiff Skynet, Inc. ("Skynet"), and Defendants Flextronics International, Ltd., and Power Systems Technologies Ltd. (collectively, "Flextronics") appeared before the Court on March 12, 2014, for a hearing regarding Skynet's request for sanctions based upon alleged violations of the Court's January 8, 2014 Stipulated Discovery Order ("SDO") [Dkt. No.112], the Court RULED as follows: |

1. As to Paragraph 1 of the SDO, the Paragraph is not clear enough for sanctions.
2. As to Paragraph 6 of the SDO, Flextronics is in violation.  The Court will explain to the jury what occurred with regard to Paragraph 6 and that Flextronics is in violation.
3. Flextronics shall produce all documents required by Paragraph 6 of the SDO by Monday March 17, 2014 at 5:00 pm
4. As to Paragraph 7 of the SDO, except for possibly violating the January 8th deadline, the Court was not shown at the hearing that there is a significant violation of paragraph 7.
5. All of Skynet's March 6, 2014 letter brief requesting sanctions [Dkt. No. 116] not ruled on by the Court and all further discovery disputes are referred to the Magistrate Judge to be assigned to this matter.

IT IS SO AGREED, THROUGH COUNSEL OF RECORD.

Date: March 17, 2014                           Respectfully submitted,

                                                /s/ Jaideep Venkatesan
BERGESON, LLP
Daniel J. Bergeson
Jaideep Venkatesan
Kyung M. Lee
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

ANDREWS KURTH LLP
Frederick S. Frei (*pro hac vice*)
Sean S. Wooden (*pro hac vice*)
Robert A. Gutkin
Leasa Woods Anderson (*pro hac vice*)
Aldo Noto (*pro hac vice*)
1350 I Street NW, Suite 1100
Washington, DC 20005

|   |   |
|---|---|
| 1 | Telephone: (202) 662-2700 |
|   | Facsimile: (202) 662-2739 |
| 2 |   |
|   | *Attorneys for Plaintiff/Counter-Defendant* |
| 3 | SKYNET ELECTRONIC CO., LTD. |

Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Date: March 17, 2014        /s/ Thomas L. Anastos
　　　　　　　　　　　　ULMER & BERNE, LLP
　　　　　　　　　　　　James L. Weinberg (*pro hac vice*)
　　　　　　　　　　　　Thomas L. Anastos (*pro hac vice*)
　　　　　　　　　　　　Skylight Office Tower
　　　　　　　　　　　　1660 West 2nd Street, Suite 1100
　　　　　　　　　　　　Cleveland, OH 44113
　　　　　　　　　　　　Telephone: (216) 583-7076

　　　　　　　　　　　　Facsimile: (216) 583-7077

　　　　　　　　　　　　*Attorneys for Defendants/Counter-Claimants*
　　　　　　　　　　　　FLEXTRONICS INTERNATIONAL, LTD. and
　　　　　　　　　　　　POWER SYSTEMS TECHNOLOGIES LTD.


PURSUANT TO AGREEMENT, IT IS SO ORDERED.

Dated: __March 18__, 2014        _____
　　　　　　　　　　　　　　　The Honorable William Alsup
　　　　　　　　　　　　　　　United States District Judge