IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYNET ELECTRONIC CO.,LTD, | No. C -12-06317 WHA (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| FLEXTRONICS INTERNATIONAL, LTD., | |
| Defendant. | |

All discovery disputes in this matter, including those that Judge Alsup did not rule upon at the March 12, 2014 discovery hearing, have been referred to this Court. The Court has reviewed the parties' letters (docket nos. 116, 118) and Judge Alsup's March 18, 2014 Order. Given the gravity of the sanctions sought by Plaintiff in its March 6, 2014 letter, the Court requires a noticed motion to resolve any remaining issues. Thus, if discovery disputes remain between the parties for which Plaintiff seeks sanctions, Plaintiff shall file a motion for sanctions in accordance with the Court's Civil Local Rules and this Court's Standing Order no later than April 1, 2014.

**IT IS SO ORDERED.**

Dated: March 20, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge