UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skynet Electronic Co., Ltd. | No. C-12-6317-WHA  (DMR) |
| Plaintiff(s), | **NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER** (Revised 3/26/13) |
| v. | |
| Flextronics International Ltd., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes.

You are hereby notified that a further settlement conference is scheduled for **Friday, May 23**, **2014  at 11:00 a.m.**, at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov on Friday, prior to the scheduled hearing date.

Except as noted below regarding meet and confer requirements and written submissions, parties shall fully comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated March 28, 2013 . *See* Docket No. 47.  **The parties need not comply with the court's meet and confer requirements set forth in Section A of its March 28, 2013 order.  In lieu of the procedures in Section B of the order, by May 20, 2014 at 5:00 p.m., each party shall submit a confidential letter to Judge Ryu via email**

1 | **at dmrpo@cand.uscourts.gov setting forth the party's positions regarding the outstanding**
2 | **settlement issues.**

4 |     IT IS SO ORDERED.

6 | Dated: May 14, 2014

DONNA M. RYU
United States Magistrate Judge