IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYNET ELECTRONIC CO., LTD.,           No. C 12-06317 WHA

       Plaintiff,

  v.

FLEXTRONICS INTERNATIONAL, LTD., and POWER SYSTEMS TECHNOLOGIES, LTD.,           **ORDER RE DEADLINES**

       Defendants.

/

On May 6, the parties stated that they "have not yet finalized a written settlement agreement. The parties now anticipate finalizing a written settlement agreement by Tuesday, May 13, 2014" (Dkt. No. 145). On May 13, the parties appeared for a settlement conference before Judge Donna Ryu. An in-person settlement conference is now scheduled for May 23 at 11:00 a.m. While the Court encourages the parties to engage in settlement discussions, please do not ask for any extensions on the ground of settlement discussions. All existing pre-trial deadlines remain in place, including the September 8, 2014 trial date (Dkt. Nos. 43, 132).

**IT IS SO ORDERED.**

Dated: May 14, 2014.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE