IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYNET ELECTRONIC CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> FLEXTRONICS INTERNATIONAL, LTD., and POWER SYSTEMS TECHNOLOGIES, LTD., <br><br> Defendants. | No. C 12-06317 WHA <br><br> **ORDER RE JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE** |

On May 2, the parties reached a settlement in principle. On May 22, the parties informed Magistrate Judge Ryu that they had a fully-executed settlement agreement that resolved all issues in this action. The parties then filed a joint stipulation of final dismissal with prejudice. The stipulation states that "all remaining claims, counterclaims, and affirmative defenses . . . are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees." The Clerks shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE